

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2022

No. 04-22-00299-CR

Fernando Aniva **ALONZO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-21-0042-CR-B
Honorable Patrick L. Flanigan, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED IN PART. Appellant's brief is due September 6, 2022. No further extensions will be granted absent extenuating circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court